AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

UNITED STATES OF AMERICA,

      v.

ALAN J. ANN,

      )
      )
      )
      )
      )

Case No.    6:26-mj-00010-HBK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) Defendant is to not discuss about this case to the witness J.T.

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Los Angels for processing by no later than Friday 3/06/2026 before 4:00 PM.

(5) The defendant must appear at:  U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
                                           *Place*

9004 Castle Cliff Court, Yosemite, CA

on                          April 7, 2026 at 10:00 AM
                                   *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 03/02/2026

_____
*Defendant's signature*

Date:    03/02/2026

_____
*Judicial Officer's Signature*

_____
Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*