HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org


Counsel for Defendant
ALAN J. ANN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:26-mj-00010-HBK |
| Plaintiff, | |
| vs. | **REQUEST FOR REMOTE APPEARANCE; [PROPOSED] ORDER** |
| ALAN J. ANN, | Date:   April 7, 2026<br>Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Helena Barch-Kuchta |

Defendant Alan Ann, by and through counsel, Assistant Federal Defender Lisa N. Lumeya, hereby requests that the Court permit him to appear by Zoom application at his first status conference scheduled for April 7, 2026, at 10:00 a.m.  In support of this request, Mr. Ann states:

Mr. Ann appeared before this Court for an initial appearance in the instant case on March 2, 2026.  ECF No. 4.  The government charged Mr. Ann in a three-count Complaint upon which he was arraigned.  As reflected by the Court docket, Mr. Ann was granted a Rule 43 waiver.  *Id.* Although undersigned counsel may appear on Mr. Ann's behalf pursuant to the Rule 43 waiver, Mr. Ann respectfully requests that the Court facilitate his ability to attend these non-mandatory hearings through a remote appearance given his residence outside of the Eastern District of California.

For the foregoing reasons, Mr. Ann respectfully requests that this Court permit him to appear remotely for his status conference on April 7, 2026.  Should this Court be inclined to grant him permission to appear remotely, Mr. Ann has been apprised of his responsibility to be on time, and in a quiet, well-lit room with appropriate court attire and no interruptions.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 24, 2026

/s/ Lisa Ndembu Lumeya
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
ALAN J. ANN

**O R D E R**

The Court hereby grants defendant Alan Ann's motion for a remote appearance at the April 7, 2026, status conference. Although Mr. Ann was granted a Rule 43 waiver, he may appear via Zoom using the link authorized by the Court.

Dated:   March 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Ann / Motion for Remote Appearance

-2-